OCTOBER 4, 1956.

No. 146. LESLIE ET AL. *v.* HOUSTON NATURAL GAS CORP. On petition for writ of certiorari to the Supreme Court of Texas. B. H. Gillman, George D. Gibson, C. L. Lambert, L. E. Dykes, D. C. Landwehr, L. B. Wolfe, Harry Pepper, Standard Rendering Co., John G. Taylor, A. M. Lewis and A. N. Lewis as partners, and S. J. Cutaia and Frank Cutaia as partners, J. E. Burleson and George L. Barr are dismissed as parties petitioner herein per stipulation pursuant to Rule 60 of the Rules of this Court. *Fred W. Moore* was on the stipulation for petitioners. With him on the petition was *Dan Moody. Leon Jaworski* was on the stipulation for respondent. With him on a brief in opposition to the petition were *John C. White* and *Milton K. Eckert.*